Kanofsky v. City of Bethlehem .. 2163CD15   09/28/2016   Northampton County   Affirmed
                                                          C–48–CV–2014–3864
                                                          C–48–CV–2015–5724